**Order filed September 25, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00341-CV
_____

### RICHARD H. PARKER, Appellant

### V.

### HELEN CHRISTINE PARKER, Appellee

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2012-13073**

## ORDER

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 13-33857. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On May 2, 2014, the bankruptcy was closed. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

The record is due to be filed with the clerk of this court on or before **October 27, 2014.**

PER CURIAM